IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v. ) | No. 09-10001-01-WEB |
| ) | |
| BRENDA K. PHILLIPS, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about April 24, 2006, in the District of Kansas, in a matter within the jurisdiction of U.S. Department of Housing and Urban Development of the United States, the defendant,

**BRENDA K. PHILLIPS**,

knowingly and willfully made a false document knowing the same to contain a false and fraudulent material statement and entry, in that the defendant, as the on-site manager of Quail Ridge Apartments, forged the signature of Christie Gilliland on a re-certification document representing that Gilliland had no income, knowing the same to be a false and fraudulent material statement and entry, when, in fact, the defendant knew Christie Gilliland was employed and received income.

The above being in violation of Title 18, United States Code, Section 1001.

## COUNT 2

On or about April 24, 2006, in the District of Kansas, in a matter within the jurisdiction of U.S. Department of Housing and Urban Development of the United States, the defendant,

**BRENDA K. PHILLIPS,**

knowingly and willfully made a false document knowing the same to contain false, fictitious, and fraudulent material statements, in that the defendant, as the on-site manager of Quail Ridge Apartments, falsely completed and signed an Affidavit of Non-Employed Status in the name of Christie Gilliland, in which it was claimed that Gilliland had no intention of becoming employed in the next 12 months, when, in fact, the defendant knew Gilliland was employed.

The above being in violation of Title 18, United States Code, Section 1001.

## COUNT 3

On or about June 26, 2006, in the District of Kansas, in a matter within the jurisdiction of U.S. Department of Housing and Urban Development of the United States, the defendant,

**BRENDA K. PHILLIPS,**

knowingly and willfully made a false writing knowing the same to contain a false

material statement, in that the defendant, as the on-site manager of Quail Ridge Apartments, forged Lesa Travnicek's name on a document, "Annual Re-Certification," knowing that Travnicek did not authorize the defendant to sign her name.

The above being in violation of Title 18, United States Code, Section 1001.

A TRUE BILL

1-13-09
DATE

FOREMAN OF THE GRAND JURY

MARIETTA PARKER
Acting United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No.77807

(It is requested that trial be held in Wichita, Kansas.)